UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY MERLE KOEPPEL, et al.,

Plaintiffs,

v.

STEVEN WILKER, et al.,

Defendants.

Case No. 24-cv-06457-NW

**ORDER RE PENDING MOTIONS**

Re: ECF Nos. 159, 160

The Court has received Plaintiffs' motion for leave to file a motion for reconsideration and a stay of enforcement as to specific portions of the Court's April 23, 2026 Order.  The Court is also in receipt of Defendants' accounting of fees and costs.  The Court orders as follows:

1.      The Court STAYS the April 23, 2026 Order insofar as it requests the production of documents or communications that Plaintiffs believe are privileged.  Instead of producing those documents, the Court now orders Plaintiffs to provide a privilege log consistent with Federal Rule of Civil Procedure 26(b)(5) for each and every document Plaintiffs intend to withhold on the basis of privilege.  Plaintiffs shall provide both the Court and Defendants with a copy of their privilege log by no later than close of business on May 4, 2026.  Upon review of the privilege log, the Court will reevaluate whether it will continue the stay.

2.      But for the amendment to the Court's April 23, 2026 Order described above, all other components of the Order remain in force.

3.      Defendants shall file any response to Plaintiffs' motion for leave by no later than close of business on May 1, 2026.  Plaintiff shall file any reply by no later than close of business on May 4, 2026.

4.      Plaintiffs shall file any response to Defendants' request for fees by no later than

close of business on May 1, 2026.  Defendant shall file any reply by no later than close of business on May 4, 2026.

**IT IS SO ORDERED.**

Dated: April 29, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California