UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY MERLE KOEPPEL, et al.,

         Plaintiffs,

    v.

STEVEN WILKER, et al.,

         Defendants.

Case No. 24-cv-06457-NW

**ORDER RE SANCTIONS**

Re: ECF No. 145

During a May 5, 2026 hearing, which the Court memorialized in its May 10, 2026 Order, the Court found that Plaintiffs and their counsel, Mr. Ronald Freshman, engaged in sanctionable conduct, and found Plaintiffs and Mr. Freshman jointly and severally liable to Defendants for: (1) all fees and costs related to the Montana action (less the amount already awarded as part of the proceeding in Montana); (2) the fees associated with Defendants' motion for terminating sanctions; (3) the fees and costs spent on juror research; (4) a portion of the fees and costs associated with five of seven pretrial conferences the Court held in February, March, and April of 2026 (*see* ECF Nos. 120, 127, 128, 137, 151); (5) fees and costs associated with Defendants' recent briefing on Plaintiffs' motion for reconsideration; and (6) additional attorney fees and costs for preparing, traveling, and attending the May 5, 2026 hearing. ECF No. 175. The Court ordered Defendants to file an accounting of fees and costs that conformed with the categories enumerated above.[1] *Id.* Defendants timely did so. *See* ECF No. 177.

On May 26, 2026, the Court met with the parties to review, calculate, and finalize the

---

[1] At the Court's direction, Defendants had previously filed an accounting that omitted some of the categories discussed above. *See* ECF No. 159. Defendants' May 11, 2026 accounting supersedes their previous filing.

amount to be paid by Plaintiffs and counsel, and to set a deadline for payment.  During that hearing the Court clarified that, as to the pretrial conferences: (1) Defendants could not recover fees or costs from the first pretrial conference on February 18, 2026 through the March 3, 2026 conference; (2) Defendants could recover 50% of the fees and costs from March 4, 2026, through March 13, 2026; and (3) Defendants could recover 100% of the pretrial fees and costs from March 14, 2026, onward.  The Court conferred with counsel and calculated the total amount due to be **$123,218.94.**

Accordingly, the Court ORDERS as follows:

1.    Plaintiffs and Mr. Freshman are ORDERED to remit payment in the amount of **$123,218.94** to Defendants no later than close of business on June 26, 2026.  Consistent with the Court's Order of May 10, 2026, *see* ECF No. 175, Plaintiffs and Ronald Freshman are jointly and severally liable to meet this obligation.

2.    The Court SETS a remote case management conference for July 28, 2026 at 9:00 a.m.  The parties shall file a joint case management statement no later than July 10, 2026.

**IT IS SO ORDERED.**

Dated: May 29, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2